IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY SPENCER,

    Petitioner,

v.

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-09-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner Larry Spencer's petition for a writ of habeas corpus is dismissed without prejudice because this court has no authority to consider it.

_____    2/18/2011
Peter Oppeneer, Clerk of Court             Date